AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR 04 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Natalie Johann LOZANO YOB: 1997 U.S. Citizen<br><br>Defendant(s) | )<br>)<br>) Case No. M-20- 662 -M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 05, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | 18 USC § 922(g)(1) - It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:

ATTACHMENT A

☑ Continued on the attached sheet.

_____
Complainant's signature

Stephen J. Zilko - ATF Special Agent
Printed name and title

Approved by Robert Guerra AUSA
Sworn to before me and signed in my presence.

Date: 3/4/20 - 5:03 p.m.

_____
Judge's signature

City and state: __McAllen, Texas__    Juan F. Alanis, U.S. Magistrate Judge
Printed name and title

**ATTACHMENT A**

The facts establishing the foregoing issuance of an arrest warrant are based on the following:

I, Special Agent Stephen J. Zilko, affiant, do hereby depose and state the following:

1. I am a Special Agent (SA) of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a law enforcement officer since February 2013. My duties include the investigation of violations of the federal firearms laws. I know it to be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to be in possession of any firearm or ammunition that has affected interstate commerce. This criminal complaint is based on the following facts:

2. On or about February 28, 2020, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) received information from the Edinburg, Texas Police Department (EPD) related to the arrest of Natalie Johann LOZANO (hereinafter referred to as LOZANO).

3. On or about February 5, 2020, EPD Officers were dispatched to a residence located in Edinburg in response to a possible shooting.

4. Upon arriving EPD Officers located LOZANO in the backyard of the residence. EPD Officers discovered a Smith & Wesson, Model: SD40VE, .40 caliber pistol bearing serial number: DVJ6650 hidden in a barbecue grill located in close proximity to LOZANO. The firearm was found loaded with two additional rounds in an inserted magazine.

5. EPD officers advised during the course of the investigation it was learned LOZANO and her boyfriend were involved in an altercation, during the altercation LOZANO retrieved a firearm from a vehicle parked at the residence and discharged the firearm towards the residence.

6. EPD advised at the conclusion of the investigation LOZANO was arrested for Aggravated Assault and Criminal Mischief.

7. During Post-Miranda interviews, LOZANO stated she was on Federal Probation, is a convicted felon and is prohibited from possessing a firearm. LOZANO admitted to being in possession of and discharging the aforementioned firearm.

8. On May 15, 2019, LOZANO was convicted of a felony in the Southern District of Texas Judicial District Court of Corpus Christi, Texas for Transportation of an Undocumented Alien in cause number 2:18-CR-01204-00,1 a crime punishable by imprisonment for a term exceeding one year.

9. On March 02, 2020, an ATF Interstate Nexus Expert examined the aforementioned firearm and ammunition seized as part of this investigation. The ATF Interstate Nexus Expert concluded that the firearm and ammunition did, in fact, travel in and affect interstate or foreign commerce.